but nothing further appeared in the clerk's files. The order of reference was considered to be sufficient notice to the clerk of pending proceedings. I believe the stipulation herein imparted as much notice to the clerk as did the order just mentioned, and since there actually were "pending proceedings," the order of dismissal should be vacated.

The petition for rehearing should be granted.

and totally disabled by reason of tuberculosis during the life of the war risk insurance policy sued on, and that it was therefore error to overrule appellant's motion for a peremptory instruction to the jury to return a verdict in its favor.

It is ordered and adjudged that the judgment of the District Court be, and the same is, reversed, and the cause remanded for a new trial.

Judgment of District Court reversed.

## UNITED STATES v. PRESLAR.

### No. 7048.

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1936.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn.

Howard B. Shofner, of Nashville, Tenn., and W. B. Lamb, Jr., of Fayetteville, Tenn., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of the record and was argued by counsel; and, it appearing that there was no substantial evidence that the veteran, William P. Webster, became permanently

## HARMS, Inc., v. WJR, THE GOODWILL STATION, Inc.

### No. 7516.

Circuit Court of Appeals, Sixth Circuit.

Oct. 7, 1936.

Hill, Hamblen, Essery & Lewis, of Detroit, Mich., for appellant.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This matter having come on to be heard on the motion of Hill, Hamblen, Essery & Lewis, attorneys for the appellant in the above-entitled appeal, to dismiss the said appeal without costs to either party and to cancel the bond heretofore filed in connection with said appeal, and it appearing that a stipulation has been entered into between counsel for the parties to the said appeal, and has been filed in this court consenting to the dismissal of said appeal without costs to either party, and to the cancellation of